6-26-15

To "Court of Criminal Appeals
of Texas:

My name is Keith Wayne Edwards. TDC No. 01877647
Trial Court No. F12-16761-K, COA No. 05-13-01194-CR, PD-022445.
I am writing inregards to my Petition For Discretionary
Review. On or around 6-10-15, I received a card stating
my PDR had been denied. If you would could you please
send me the reason for the denial for my records?

I appreciate your time, concern, and assistance in this
matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

Respectfully Submitted
Keith Edwards
Keith Edwards
TDC No. 01877647